IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
OCTAVIOUS JOHNSON, DEMETRIUS  )
JOHNSON, JUAQUEZ JOHNSON,     )
SHARON JOHNSON and SHEREE     )
JOHNSON, individuals,         )
                              )
            Plaintiffs,       )           8:14CV4
                              )
       v.                     )
                              )
CITY OF OMAHA, a political    )           ORDER
subdivision, OMAHA POLICE     )
DEPARTMENT, a Department of   )
the City of Omaha; TODD       )
SCHMADERER, in his capacity   )
of Chief of the Omaha Police  )
Department; AARON P. VON      )
BEHREN, individually and as an)
officer of the OPD; BRADLEY D.)
CANTERBURY, individually and  )
as an officer of the OPD;     )
JAMES T. KINSELLA,            )
individually and as an officer)
of the OPD; JUSTIN A. REEVE,  )
individually and as an officer)
of the OPD; JOSEPH E. KOENIG, )
individually and as an officer)
of the OPD; JOHN D. PAYNE,    )
individually and as an officer)
of the OPD; DYEA L. ROWLAND,  )
individually and as an officer)
of the OPD; MATTHEW C. WORM,  )
individually and as an officer)
of the OPD; and JOHN and JANE )
DOES 1-24,                    )
                              )
            Defendants.       )
_____)
```

This matter is before the Court on plaintiffs' motion for extension to file Rule 26(f) report (Filing No. 25). Noting

that the parties are in agreement, the Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted.  The parties shall have until May 28, 2014, to file their Rule 26(f) report.

DATED this 20th day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court