IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

OCTAVIOUS JOHNSON, DEMETRIUS    )
JOHNSON, JUAQUEZ JOHNSON,       )
SHARON JOHNSON and SHEREE       )
JOHNSON, individuals,           )
                                )
              Plaintiffs,        )          8:14CV4
                                )
        v.                       )
                                )
CITY OF OMAHA, a political       )          ORDER
subdivision, OMAHA POLICE        )
DEPARTMENT, a Department of      )
the City of Omaha; TODD          )
SCHMADERER, in his capacity      )
of Chief of the Omaha Police     )
Department; AARON P. VON         )
BEHREN, individually and as an)
officer of the OPD; BRADLEY D.)
CANTERBURY, individually and    )
as an officer of the OPD;        )
JAMES T. KINSELLA,               )
individually and as an officer)
of the OPD; JUSTIN A. REEVE,    )
individually and as an officer)
of the OPD; JOSEPH E. KOENIG, )
individually and as an officer)
of the OPD; JOHN D. PAYNE,      )
individually and as an officer)
of the OPD; DYEA L. ROWLAND,    )
individually and as an officer)
of the OPD; MATTHEW C. WORM,    )
individually and as an officer)
of the OPD; and JOHN and JANE )
DOES 1-24,                       )
                                )
              Defendants.        )
_____)

        This matter is before the Court on plaintiffs' motion

for extension to oppose motions to dismiss (Filing No. 27).

Noting that counsel for defendants have no objection, the Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted.  Plaintiffs shall have until June 9, 2014, to file their opposition to defendants' motions to dismiss.

DATED this 27th day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court