IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
OCTAVIOUS JOHNSON, DEMETRIUS   )
JOHNSON, JUAQUEZ JOHNSON,      )
SHARON JOHNSON and SHEREE      )
JOHNSON, individuals,          )
                               )
            Plaintiffs,        )          8:14CV4
                               )
       v.                      )
                               )
CITY OF OMAHA, a political     )          ORDER
subdivision, OMAHA POLICE      )
DEPARTMENT, a Department of    )
the City of Omaha; TODD        )
SCHMADERER, in his capacity    )
of Chief of the Omaha Police   )
Department; AARON P. VON       )
BEHREN, individually and as an )
officer of the OPD; BRADLEY D. )
CANTERBURY, individually and   )
as an officer of the OPD;      )
JAMES T. KINSELLA,             )
individually and as an officer )
of the OPD; JUSTIN A. REEVE,   )
individually and as an officer )
of the OPD; JOSEPH E. KOENIG,  )
individually and as an officer )
of the OPD; JOHN D. PAYNE,     )
individually and as an officer )
of the OPD; DYEA L. ROWLAND,   )
individually and as an officer )
of the OPD; MATTHEW C. WORM,   )
individually and as an officer )
of the OPD; and JOHN and JANE  )
DOES 1-24,                     )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on plaintiffs' motion for leave to file first amended complaint (Filing No. 31). The

Court notes defendants have no objection.  The motion will be granted.  Accordingly,

IT IS ORDERED:

1) Plaintiffs' motion is granted.  Their amended complaint shall be filed on or before June 16, 2014.

2) Defendants shall file their answers on or before July 14, 2014.

3) The parties shall submit their Rule 26(f) report on or before August 1, 2014.

DATED this 9th day of June, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court