IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OCTAVIOUS JOHNSON, DEMETRIUS JOHNSON, JUAQUEZ JOHNSON, SHARON JOHNSON, AND SHAREE JOHNSON, individuals, | ) ) ) ) ) ) ) ) | 8:14CV4 |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| CITY OF OMAHA, a political sub division; OMAHA POLICE DEPARTMENT, a Department of the City of Omaha; TODD SCHMADERER, in his capacity of Chief of the Omaha Police Department; AARON P. VON BEHREN, individually and as an officer of the OPD; BRADLEY D. CANTERBURY, individually and as an officer of the OPD; JAMES T. KINSELLA, individually and as an officer of the OPD; JUSTIN A. REEVE, individually and as an officer of the OPD; JOSEPH E. KOENIG, individually and as an Officer of the OPD; JOHN D. PAYNE, Individually and as an officer of the OPD; DYEA L. ROWLAND individually and as an officer of the OPD; MATTHEW C. WORM, individually and as an Officer of the OPD; and JOHN and JANE DOES 1-24 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 39).

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Friday, August 22, 2014, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 5th day of August, 2014.

BY THE COURT:

/S/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court