IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
OCTAVIOUS JOHNSON, DEMETRIUS    )
JOHNSON, JUAQUEZ JOHNSON,       )
SHARON JOHNSON and SHEREE       )
JOHNSON, individuals,           )
                                )
          Plaintiffs,           )          8:14CV4
                                )
     v.                         )
                                )
CITY OF OMAHA, a political      )          ORDER
subdivision, OMAHA POLICE       )
DEPARTMENT, a Department of     )
the City of Omaha; TODD         )
SCHMADERER, in his capacity     )
of Chief of the Omaha Police    )
Department; AARON P. VON        )
BEHREN, individually and as an  )
officer of the OPD; BRADLEY D.  )
CANTERBURY, individually and    )
as an officer of the OPD;       )
JAMES T. KINSELLA,              )
individually and as an officer  )
of the OPD; JUSTIN A. REEVE,    )
individually and as an officer  )
of the OPD; JOSEPH E. KOENIG,   )
individually and as an officer  )
of the OPD; JOHN D. PAYNE,      )
individually and as an officer  )
of the OPD; DYEA L. ROWLAND,    )
individually and as an officer  )
of the OPD; MATTHEW C. WORM,    )
individually and as an officer  )
of the OPD; and JOHN and JANE   )
DOES 1-24,                      )
                                )
          Defendants.           )
_____)
```

This matter is before the Court on the motion for leave to file second amended complaint (Filing No. 41). The Court notes defendants have no objection. Accordingly,

IT IS ORDERED that the motion for leave to file second amended complaint is granted; plaintiffs shall file their second amended complaint on or before August 15, 2014.

DATED this 11th day of August, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court