IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
OCTAVIOUS JOHNSON, DEMETRIUS   )
JOHNSON, JUAQUEZ JOHNSON,      )
SHARON JOHNSON and SHEREE      )
JOHNSON, individuals,          )
                               )
          Plaintiffs,          )        8:14CV4
                               )
     v.                        )
                               )
CITY OF OMAHA, a political     )        ORDER
subdivision, TODD SCHMADERER,  )
in his capacity of Chief of    )
the Omaha Police Department;   )
AARON P. VON BEHREN,           )
individually and as an         )
officer of the OPD; BRADLEY D. )
CANTERBURY, individually and   )
as an officer of the OPD;      )
JAMES T. KINSELLA,             )
individually and as an officer )
of the OPD; JUSTIN A. REEVE,   )
individually and as an officer )
of the OPD; JOSEPH E. KOENIG,  )
individually and as an officer )
of the OPD; JOHN D. PAYNE,     )
individually and as an officer )
of the OPD; DYEA L. ROWLAND,   )
individually and as an officer )
of the OPD; MATTHEW C. WORM,   )
individually and as an officer )
of the OPD; and CHRISTOPHER J. )
OLSON,                         )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on defendants' motion for extension of time to respond to plaintiffs' brief in opposition to the motion to bifurcate (Filing No. 72). The Court

notes plaintiffs have no objection. The motion will be granted. Accordingly,

IT IS ORDERED that defendants' motion is granted; defendants shall have until November 20, 2014, to respond to plaintiffs' brief in opposition to the motion to bifurcate.

DATED this 19th day of November, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court