```
        IN THE UNITED STATES DISTRICT COURT FOR THE

                      DISTRICT OF NEBRASKA

OCTAVIOUS JOHNSON, DEMETRIUS   )
JOHNSON, JUAQUEZ JOHNSON,      )
SHARON JOHNSON and SHEREE      )
JOHNSON, individuals,          )
                               )
           Plaintiffs,         )        8:14CV4
                               )
     v.                        )
                               )
CITY OF OMAHA, a political     )        ORDER
subdivision, TODD SCHMADERER,  )
in his capacity of Chief of    )
the Omaha Police Department;   )
AARON P. VON BEHREN,           )
individually and as an         )
officer of the OPD; BRADLEY D. )
CANTERBURY, individually and   )
as an officer of the OPD;      )
JAMES T. KINSELLA,             )
individually and as an officer )
of the OPD; JUSTIN A. REEVE,   )
individually and as an officer )
of the OPD; JOSEPH E. KOENIG,  )
individually and as an officer )
of the OPD; JOHN D. PAYNE,     )
individually and as an officer )
of the OPD; DYEA L. ROWLAND,   )
individually and as an officer )
of the OPD; MATTHEW C. WORM,   )
individually and as an officer )
of the OPD; and CHRISTOPHER J. )
OLSON,                         )
                               )
           Defendants.         )
_____)
```

This matter is before the Court on defendants' motion to extend time for asserting qualified immunity (Filing No. 78).

The Court notes plaintiffs have no objection. The motion will be granted. Accordingly,

IT IS ORDERED that defendants' motion is granted; defendants shall have until March 31, 2015, to file motions for summary judgment raising the issue of qualified immunity.

DATED this 29th day of January, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court