IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
OCTAVIOUS JOHNSON, DEMETRIUS   )
JOHNSON, JUAQUEZ JOHNSON,      )
SHARON JOHNSON and SHEREE      )
JOHNSON, individuals,          )
                               )
            Plaintiffs,        )          8:14CV4
                               )
       v.                      )
                               )
CITY OF OMAHA, a political     )          ORDER
subdivision, TODD SCHMADERER,  )
in his capacity of Chief of    )
the Omaha Police Department;   )
AARON P. VON BEHREN,           )
individually and as an         )
officer of the OPD; BRADLEY D. )
CANTERBURY, individually and   )
as an officer of the OPD;     )
JAMES T. KINSELLA,             )
individually and as an officer )
of the OPD; JUSTIN A. REEVE,   )
individually and as an officer )
of the OPD; JOSEPH E. KOENIG,  )
individually and as an officer )
of the OPD; JOHN D. PAYNE,     )
individually and as an officer )
of the OPD; DYEA L. ROWLAND,   )
individually and as an officer )
of the OPD; MATTHEW C. WORM,   )
individually and as an officer )
of the OPD; and CHRISTOPHER J. )
OLSON,                         )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on defendants' motion to extend time to file motions for summary judgment (Filing No. 82). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendants' motion is granted; all defendants shall have until April 30, 2015, to file motions for summary judgment raising the issue of qualified immunity.

2) The parties shall have until October 23, 2015, to file motions for summary judgment on the merits of the case.

DATED this 31st day of March, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court