```
            IN THE UNITED STATES DISTRICT COURT FOR THE

                         DISTRICT OF NEBRASKA

OCTAVIOUS JOHNSON, DEMETRIUS   )
JOHNSON, JUAQUEZ JOHNSON,      )
SHARON JOHNSON and SHEREE      )
JOHNSON, individuals,          )
                               )
               Plaintiffs,     )          8:14CV4
                               )
          v.                   )
                               )
CITY OF OMAHA, a political     )          ORDER
subdivision, TODD SCHMADERER,  )
in his capacity of Chief of    )
the Omaha Police Department;   )
AARON P. VON BEHREN,           )
individually and as an         )
officer of the OPD; BRADLEY D.)
CANTERBURY, individually and   )
as an officer of the OPD;      )
JAMES T. KINSELLA,             )
individually and as an officer)
of the OPD; JUSTIN A. REEVE,   )
individually and as an officer)
of the OPD; JOSEPH E. KOENIG, )
individually and as an officer)
of the OPD; JOHN D. PAYNE,     )
individually and as an officer)
of the OPD; DYEA L. ROWLAND,   )
individually and as an officer)
of the OPD; MATTHEW C. WORM,   )
individually and as an officer)
of the OPD; and CHRISTOPHER J.)
OLSON,                         )
                               )
               Defendants.     )
_____)
```

This matter is before the Court on plaintiffs' motion for extension of date to oppose motions for summary judgment for

qualified immunity (Filing No. 99). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiffs' motion is granted. Plaintiffs shall have until May 29, 2015, to oppose defendants' motions for summary judgment for qualified immunity.

DATED this 20th day of May, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court