IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OCTAVIOUS JOHNSON, DEMETRIUS JOHNSON, JUAQUEZ JOHNSON, SHARON JOHNSON and SHEREE JOHNSON, individuals, | )<br>)<br>)<br>)<br>) | |
| Plaintiffs, | ) | 8:14CV4 |
| v. | )<br>) | |
| CITY OF OMAHA, a political subdivision, TODD SCHMADERER, in his capacity of Chief of the Omaha Police Department; AARON P. VON BEHREN, individually and as an officer of the OPD; BRADLEY D. CANTERBURY, individually and as an officer of the OPD; JAMES T. KINSELLA, individually and as an officer of the OPD; JUSTIN A. REEVE, individually and as an officer of the OPD; JOSEPH E. KOENIG, individually and as an officer of the OPD; JOHN D. PAYNE, individually and as an officer of the OPD; DYEA L. ROWLAND, individually and as an officer of the OPD; MATTHEW C. WORM, individually and as an officer of the OPD; and CHRISTOPHER J. OLSON, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER |
| Defendants. | ) | |

This matter is before the Court on plaintiffs' motion for extension of deadlines (Filing No. 98). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiffs' motion is granted. The parties shall have until August 30, 2015, to complete the taking of depositions in this matter.

DATED this 21st day of May, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court