IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| OCTAVIUS JOHNSON, DEMETRIUS JOHNSON, JUAQUEZ JOHNSON, SHARON JOHNSON, and SHAREE JOHNSON, individuals, | ) ) ) ) ) | 8:14CV4 |
|---|---|---|
| Plaintiff, | ) ) ) | JOINT STIPULATION FOR DISMISSAL WITH PREDJUDICE OF PLAINTIFFS' CLAIMS AGAINST DEFENDANTS, DYEA ROWLAND and CHRISTOPHER OLSON |
| v. | ) ) ) | |
| CITY OF OMAHA, a political subdivision, et al., | ) ) ) ) | |
| Defendants. | ) | |

COME NOW Plaintiffs and Defendants, by and through their respective counsel, and pursuant to Rule 41(a)(1), move the Court for an order dismissing all Plaintiffs' claims against Defendants, Dyea Rowland ("Rowland") and Christopher Olson, in their entirety and with prejudice, with each party to pay its own attorney's fees and costs. Rowland is not dismissing her cross-claim against the City of Omaha.

OCTAVIUS JOHNSON, JUAQUEZ JOHNSON, DEMETRIUS JOHNSON, SHARON JOHNSON and SHAREE JOHNSON, Plaintiffs

DYEA ROWLAND, Defendant.

By: s/Diana J. Vogt
   Diana J. Vogt, NE Bar #19387
   SHERRETS BRUNO & VOGT LLC
   260 Regency Parkway Drive,
   Suite 200
   Omaha, NE 68114
   (402) 390-1112 (phone)
   (402) 390-1163 (fax)
   dvogt@sherrets.com

By: s/Jonathan J. Papik
   Andrew D. Strotman – #18406
   astrotman@clinewilliams.com
   Jonathan J. Papik – #24473
   jpapik@clinewilliams.com
   CLINE WILLIAMS WRIGHT
     JOHNSON & OLDFATHER, L.L.P.
   U.S. Bank Building, Suite 1900
   233 South 13th Street
   Lincoln, NE 68508
   402-474-6900

Dated this 16th day of October, 2015

CITY OF OMAHA, TODD SCHMADERER,
AARON P. VON BEHREN, BRADLEY D.
CANTERBURY, JAMES T. KINSELLA,
JUSTIN A. REEVE, JOSEPH E. KOENIG,
JOHN D PAYNE, MATTHEW C. WORM,
and CHRISTOPHER J. OLSON, Defendants

By: s/Ryan J. Wiesen
    THOMAS O. MUMGAARD, No. 16004
    Deputy City Attorney
    RYAN J. WIESEN, No. 24810
    Assistant City Attorney
    Attorneys for the listed Defendants
    Omaha/Douglas Civic Center
    1819 Farnam Street, Suite 804
    Omaha, NE 68183
    Telephone: (402) 444-5115
    Fax: (402) 444-5125
    Tom.Mumgaard@cityofomaha.org
    Ryan.Wiesen@cityofomaha.org

## CERTIFICATE OF SERVICE

    I hereby certify that on October 16th, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants.

                                                    s/Diana J. Vogt

4813-4412-7785, v. 1