IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
OCTAVIOUS JOHNSON, DEMETRIUS  )
JOHNSON, JUAQUEZ JOHNSON,     )
SHARON JOHNSON and SHEREE     )
JOHNSON, individuals,         )
                              )
            Plaintiffs,       )           8:14CV4
                              )
       v.                     )
                              )
CITY OF OMAHA, a political    )           ORDER
subdivision, TODD SCHMADERER, )
in his capacity of Chief of   )
the Omaha Police Department;  )
AARON P. VON BEHREN,          )
individually and as an        )
officer of the OPD; BRADLEY D.)
CANTERBURY, individually and  )
as an officer of the OPD;     )
JAMES T. KINSELLA,            )
individually and as an officer)
of the OPD; JUSTIN A. REEVE,  )
individually and as an officer)
of the OPD; JOSEPH E. KOENIG, )
individually and as an officer)
of the OPD; JOHN D. PAYNE,    )
individually and as an officer)
of the OPD; DYEA L. ROWLAND,  )
individually and as an officer)
of the OPD; MATTHEW C. WORM,  )
individually and as an officer)
of the OPD; and CHRISTOPHER J.)
OLSON,                        )
                              )
            Defendants.       )
                              )
DYEA L. ROWLAND, Cross        )
Claimant,                     )
                              )
       v.                     )
                              )
CITY OF OMAHA, Cross Defendant)
_____)
```

This matter is before the Court on the joint stipulation for dismissal with prejudice of plaintiffs' claims against defendants, Dyea Rowland and Christopher Olson (Filing No. 119). The Court finds the motion stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted. Plaintiffs' claims against defendants Dyea Rowland and Christopher Olson are dismissed with prejudice, each party to pay its own attorney's fees and costs. Defendant Rowland's cross-claim against the City of Omaha remains pending.

DATED this 16th day of October, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court