IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OCTAVIOUS JOHNSON, DEMETRIUS JOHNSON, JUAQUEZ JOHNSON, SHARON JOHNSON and SHEREE JOHNSON, individuals, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:14CV4 |
| v. | ) ) | |
| CITY OF OMAHA, a political subdivision, TODD SCHMADERER, in his capacity of Chief of the Omaha Police Department; AARON P. VON BEHREN, individually and as an officer of the OPD; BRADLEY D. CANTERBURY, individually and as an officer of the OPD; JAMES T. KINSELLA, individually and as an officer of the OPD; JUSTIN A. REEVE, individually and as an officer of the OPD; JOSEPH E. KOENIG, individually and as an officer of the OPD; JOHN D. PAYNE, individually and as an officer of the OPD; DYEA L. ROWLAND, individually and as an officer of the OPD; MATTHEW C. WORM, individually and as an officer of the OPD; and CHRISTOPHER J. OLSON, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |
| DYEA L. ROWLAND, Cross Claimant, | ) ) ) | |
| v. | ) ) ) | |
| CITY OF OMAHA, Cross Defendant | ) ) | |

This matter is before the Court on cross defendant City of Omaha's motion to extend time to respond to cross claimant Rowland's motion for summary judgment (Filing No. 125). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. The City of Omaha shall have until November 23, 2015, to respond to the Rowland's motion for summary judgment.

DATED this 16th day of November, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court