```
             IN THE UNITED STATES DISTRICT COURT FOR THE

                         DISTRICT OF NEBRASKA

OCTAVIOUS JOHNSON, DEMETRIUS   )
JOHNSON, JUAQUEZ JOHNSON,      )
SHARON JOHNSON and SHEREE      )
JOHNSON, individuals,          )
                               )
               Plaintiffs,     )            8:14CV4
                               )
          v.                   )
                               )
CITY OF OMAHA, a political     )            ORDER
subdivision, OMAHA POLICE      )
DEPARTMENT, a Department of    )
the City of Omaha; TODD        )
SCHMADERER, in his capacity    )
of Chief of the Omaha Police   )
Department; AARON P. VON       )
BEHREN, individually and as an )
officer of the OPD; BRADLEY D. )
CANTERBURY, individually and   )
as an officer of the OPD;      )
JAMES T. KINSELLA,             )
individually and as an officer )
of the OPD; JUSTIN A. REEVE,   )
individually and as an officer )
of the OPD; JOSEPH E. KOENIG,  )
individually and as an officer )
of the OPD; JOHN D. PAYNE,     )
individually and as an officer )
of the OPD; DYEA L. ROWLAND,   )
individually and as an officer )
of the OPD; MATTHEW C. WORM,   )
individually and as an officer )
of the OPD; and JOHN and JANE  )
DOES 1-24,                     )
                               )
               Defendants.     )
_____)
```

This matter is before the Court on the stipulation to dismiss the cross claim (Filing No. 127). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted. The cross claim of Dyea L. Rowland is dismissed with prejudice.

DATED this 18th day of November, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court