IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
OCTAVIOUS JOHNSON, DEMETRIUS  )
JOHNSON, JUAQUEZ JOHNSON,     )
SHARON JOHNSON and SHEREE     )
JOHNSON, individuals,         )
                              )
              Plaintiffs,     )        8:14CV4
                              )
       v.                     )
                              )
CITY OF OMAHA, a political    )        ORDER
subdivision, et al.,          )
                              )
              Defendants.     )
_____)
```

This matter is before the Court on the motion to withdraw filed by Diana J. Vogt and the law firm of Sherrets Bruno & Vogt LLC, and Amy Miller, of the American Civil Liberties Union of Nebraska (Filing No. 146). No objections have been filed, and the Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion to withdraw is granted. Diana J. Vogt and the law firm of Sherrets Bruno & Vogt LLC, and Amy Miller, of the American Civil Liberties Union of Nebraska, are deemed withdrawn as counsel for plaintiffs.

DATED this 23rd day of August, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court