IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
OCTAVIOUS JOHNSON, DEMETRIUS   )
JOHNSON, JUAQUEZ JOHNSON,      )
SHARON JOHNSON and SHEREE      )
JOHNSON, individuals,          )
                               )
          Plaintiffs,          )         8:14CV4
                               )
     v.                        )
                               )
CITY OF OMAHA, a political     )         ORDER
subdivision, et al.,           )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on the motion of Diana J. Vogt and the law firm of Sherrets Bruno & Vogt LLC, and Amy Miller, of the American Civil Liberties Union of Nebraska, for an award of fees and costs in the amount of $60,000.00 for representation of plaintiffs in the above-entitled matter (Filing No. 147).  The Court notes the defendant City of Omaha has stipulated to payment of a total of $60,000.00 for attorneys' and costs.  Accordingly,

IT IS ORDERED that the motion for an award of attorneys' fees and costs is granted.  The City of Omaha shall pay said sum of $60,000.00 to Diana J. Vogt and the law firm of

Sherrets Bruno & Vogt LLC, and Amy Miller, of the American Civil Liberties Union of Nebraska in accordance with the stipulation of the parties.

DATED this 23rd day of August, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court