IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
OCTAVIOUS JOHNSON, DEMETRIUS   )
JOHNSON, JUAQUEZ JOHNSON,      )
SHARON JOHNSON and SHEREE      )
JOHNSON, individuals,          )
                               )
            Plaintiffs,        )         8:14CV4
                               )
      v.                       )
                               )
CITY OF OMAHA, a political     )         ORDER AND JUDGMENT
subdivision, et al.,           )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on defendant City of Omaha's Rule 68 offer to allow judgment (Filing No. 152). The City of Omaha seeks an order entering judgment on the specified terms in accordance with Rule 68. Based on the settlement agreement (Filing No. 137, Filing No. 138, and Filing No. 142), the Court's Memorandum Opinion (Filing No. 150), and the Court's Order and Judgment (Filing No. 151) enforcing the settlement agreement, and noting no objections have been filed, the Court finds that the City of Omaha's motion for judgment pursuant to Rule 68 should be granted. Accordingly,

IT IS ORDERED:

1) Judgment is entered against the defendant City of Omaha and in favor of all the plaintiffs in the combined collective amount of thirty thousand dollars and no cents

($30,000.00). The City of Omaha shall deposit all the funds with the Clerk of the Court.

    2) All claims against all individual defendants in their individual and official capacities are dismissed with prejudice.

    3) Defendants' motion to compel responses to the requests for production served by the defendants (Filing No. 130) is denied as moot.

    DATED this 23rd day of August, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court